## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RALPH CAFARO, *pro se*,

    Plaintiff(s),

v.                                      Case No: 8:10-CV-1836-T-30EAJ

RONALD WYLLINS, et al.,

    Defendant(s).
_____/

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #3). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #3) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

2.  Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #2) is DENIED without prejudice.

3.  Plaintiff's Complaint is dismissed without prejudice.

4.  Plaintiff may file an Amended Complaint within fourteen (14) days of the date of this Order. Should he fail to timely do so, the Court will direct the Clerk to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 22, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2010\10-cv-1836.adopt 3.wpd