**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RALPH CAFARO, *pro se,*

    Plaintiff,

v.                                                                       Case No.  8:10-cv-1836-T-30EAJ

RONALD WYLLINS and HUGH UMSTED,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates this case was filed on August 17, 2010.  Plaintiff filed a motion for leave to proceed *in forma pauperis* (Dkt. #2) which was denied on September 7, 2010.  Plaintiff filed a Notice of Interlocutory Appeal (Dkt. #5) and a motion for leave to proceed *in forma pauperis* (Dkt. #6) as to the appeal on September 23, 2010.  Said motion (Dkt. #6) was denied on November 2, 2010.

The Eleventh Circuit Court of Appeals denied (Dkt. #9) Plaintiff's motion for leave to proceed *in forma pauperis* as to the Notice of Interlocutory Appeal (Dkt. #5) on February 28, 2011.  On March 21, 2011, the Eleventh Circuit Court of Appeals dismissed Plaintiff's case for want of prosecution because Plaintiff failed to pay the filing and docketing fees to this Court within the time fixed by the rules.

It is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice for Plaintiff's failure to pay the required filing fee.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 11, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Pro se* Plaintiff

F:\Docs\2010\10-cv-1836.dismissal.wpd